UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Miguel Ascencion Mujica,

        Petitioner,

v.                                    Case No. 2:26-cv-01885-JES-KRH

WARDEN, FLORIDA SOFT SIDE SOUTH
DETENTION CENTER, et al.

        Respondents.

_____

### ORDER

Petitioner filed a Petition for Writ of Habeas Corpus (Doc. #1) on June 5th, 2026. Pursuant to 28 U.S.C. § 2243, it is

**ORDERED:**

1.  The Clerk shall serve a copy of the Petition and this Order by electronic mail to the United States Attorney for the Middle District of Florida (**USAFLM.Alcatraz@usdoj.gov**) and on Immigration and Customs Enforcement at **OPLAORLFEDLIT@ice.dhs.gov**, and by first-class mail to the Attorney General of the United States in Washington, D.C (U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001) and the Warden of South Side Detention Facility, 54575 Tamiami Trail E, Ochopee, Florida 34141.

2.    Counsel for respondents shall **show cause** by response and supporting memorandum why the writ should not be granted within **FOURTEEN (14) DAYS** of the date of this Order.

3.    Counsel shall file all documents and transcripts necessary for resolution of the writ and certify the true cause of the detention.

4.    Petitioner will have **FOURTEEN (14) DAYS** of the filing of the response to file a reply.

5.    A hearing may be set upon review of the show cause response and reply.

6.    Respondents may be required to produce the body of the person detained.

**DONE AND ORDERED** at Fort Myers, Florida this 8th day of June, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

tdc
Copies:    All parties of record

2